**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Harry W. Sturges v. Suntrust Mortgage, Inc.

Appellate case number:   01-14-00865-CV

Trial court case number:  CV-0071918

Trial court:             County Court at Law No 1 of Galveston County

     On November 25, 2014, appellee timely filed an objection to our order of November 24, 2014 referring the parties to mediation. We **GRANT** the objection and vacate our mediation order of November 24, 2014.

     It is so ORDERED.


Judge's signature: ___/s/ <u>Harvey Brown</u>
                      X  Acting for the Court


Date:  December 2, 2014